**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOV X 7 2007
NOV 7 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE GOTTSCHALL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. **07 CR 736** |
| v. | ) |
| | ) Violation: Title 26, United States |
| HESHAM IBRAHIM ELMASSRY | ) Code, Section 7206(1) |

07 CR 736

MAGISTRATE JUDGE MASON

The UNITED STATES ATTORNEY charges:

On or about February 7, 2005, in the Northern District of Illinois, Eastern

Division,

### HESHAM IBRAHIM ELMASSRY,

defendant herein, then a resident of Romeoville, Illinois, did willfully and knowingly make

and subscribe, and cause to be made and subscribed, a false United States Individual Income

Tax Return (Form 1040) and accompanying schedules for the calendar year 2004, which

return was verified by a written declaration that it was made under the penalties of perjury

and was filed with the Internal Revenue Service ("IRS"), which return he did not believe to

be true and correct as to every material matter, in that, among other things, the return falsely

stated that:

(a)    the defendant's gross income, as reported in schedule C of his Form 1040, was
$29,400;

(b)    the defendant's taxable income entered on line 12 of the Form 1040 was
$25,725; and

1

(c)   the defendant was due refund of $768, as entered on line 72a of the
      Form 1040.

When in fact, as defendant ELMASSRY then and there well knew and believed:

(a)   his gross income was substantially in excess of $29,400;

(b)   his taxable income during the calendar year 2004 was substantially in excess

      of $25,725; and

(c)   he was not entitled to a refund of $768.

In violation of Title 26, United States Code, Section 7206(1).


UNITED STATES ATTORNEY