## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 736 - 1 | **DATE** | 11/15/2007 |
| **CASE TITLE** | USA vs. Hesham Ibrahim Elmassry | | |

**DOCKET ENTRY TEXT**

Arraignment and plea hearing held. Defendant enters plea of guilty to Information. Finding of guilty entered. Enter Waiver of Indictment. Order Presentence Investigation Report. Sentencing memoranda, objections and/or motions for departure are due by 2/8/2008. Responses are due by 2/15/2008. Sentencing is set for 3/5/2008 at 10:45AM. Enter Order Setting Conditions of Release. It is hereby ordered that defendant post secured bond by quit claim deed of his home in the amount of $100,000.00 (estimated equity). Upon completion of the posting of bond, Pretrial Services is required to return his passport(s) and he is permitted to travel as to terms pursuant in his bond and in open court.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | RJ |
|---|---|---|