AO 455 (Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

HESHAM IBRAHIM ELMASSRY

**WAIVER OF INDICTMENT**

CASE NUMBER: 07 CR 736-1

I, Hesham Ibrahim Elmassry, the above named defendant, who is accused of tax fraud in violation of 26 U.S.C. § 7206(1), being advised of the nature of the charges, the proposed information, and of my rights, hereby waive my right to prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

NOV 15 2007