UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 07 CR 736 |
| | ) | |
| **Hesham Ibrahim Elmassry** | ) | Judge: Joan B. Gottschall |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/Daniel Collins
Daniel Collins
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886.3482

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the

## ATTORNEY DESIGNATION

was served on February 13, 2008, in accordance with Fed. R. Crim.P.49, Fed R. Civ.P.5,LR5.5, and the General Order on Electronic Case filing (ECF), pursuant to the district court's system as to ECF filers.

                         Respectfully submitted,

                         PATRICK J. FITZGERALD
                         United States Attorney

By:    s/Daniel Collins
        Daniel Collins
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 886.3482